# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

ROBERTO CANTU,

| | |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| _____ | |
| *Defendant* | |

Civil Action No.   1:16-CV-3167-RHW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑  other:  Plaintiff's Motion for Summary Judgment, ECF No. 13, is DENIED.
            Defendant's Motion for Summary Judgment, ECF No. 17, is GRANTED.
            Judgment is entered in favor of Defendant.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge _____ Robert H. Whaley _____ on a motion for

      summary judgment ECF No. 13 and 17.

Date:  September 29, 2017_____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Virginia Reisenauer
_____
*(By) Deputy Clerk*

Virginia Reisenauer
_____